

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00312-CV

Marcel **MARTINEZ**,
Appellant

v.

**GOLD STANDARD PLUMBING, LLC**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-17644
Honorable Aaron Haas, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Irene Rios, Justice

Delivered and Filed: April 8, 2020

JUDGMENT SET ASIDE AND REMANDED

On March 17, 2020, Appellant/Cross-Appellee Marcel Martinez and Appellee/Cross-Appellant Gold Standard Plumbing, LLC filed a "Joint Motion to Dismiss Appeal." The parties assert that they have reached an agreement to settle their dispute and request that the judgment of the trial court be set aside and the cause remanded to the trial court for rendition of a judgment in accordance with the parties' settlement agreement. The motion is granted. Accordingly, the final judgment of the trial court signed on February 14, 2019, and corrected on March 20, 2019, is set

aside without regard to the merits, and the cause is remanded to the trial court for rendition of judgment in accordance with the parties' settlement agreement. TEX. R. APP. P. 42.1(a)(2)(B).

PER CURIAM